| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Cambrian Coal LLC | |
| United States Bankruptcy Court for the: Eastern District of Kentucky | ☐ Check if this is an amended filing |
| Case Number (If known): | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | HILLTOP ENERGY CORPORATION  MOORE HAMILTON AND RICE DISP 3  2112 NORTH ROAN STREET STE 610  JOHNSON CITY, TN 37601 | | ROYALTIES | | | | $492,662.30 |
| 2 | DAVIS POLK AND WARDWELL LLP  450 LEXINGTON AVENUE  NEW YORK, NY 10017 | CONTACT: MICHAEL DAVIS, PARTNER  PHONE: 212-450-4184  FAX: 212-701-5800  MICHAEL.DAVIS@DAVISPOLK.COM | TRADE DEBT | | | | $217,151.75 |
| 3 | LATHAM & WATLINS LLP  53RD AT THIRD  885 THIRD AVENUE  NEW YORK, NY 10022-4834 | CONTACT: NOREEN GALLAGHER, MANAGER OF ATTY RECRUITMENT AND DEVELOPMENT  PHONE: 212-906-1200  NOREEN.GALLAGHER@LW.COM | TRADE DEBT | | | | $158,310.11 |
| 4 | THE ELKHORN COAL COMPANY LLC  544 SOUTH LAKE DRIVE  PRESTONSBURG, KY 41653 | | ROYALTIES | | | | $70,000.00 |
| 5 | ANNA RAI KINNEY  4215 EAST SHELBIANA RD.  PIKEVILLE, KY 41501 | | ROYALTIES | | | | $69,284.40 |
| 6 | CJJ COMPANY LLC  683 KY 1161  WEST LIBERTY, KY 41472 | PHONE: 606-794-3184 | ROYALTIES | | | | $66,081.00 |
| 7 | JOHN B VENTERS  4184 E. SHELBIANA RD.  PIKEVILLE, KY 41501 | | ROYALTIES | | | | $64,278.40 |

Debtor: Cambrian Coal LLC    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  BEVERLY V CHANEY<br>P.O. BOX 255<br>SHELBIANA, KY  41562 | | ROYALTIES | | | | $64,274.40 |
| 9  EQUITABLE PRODUCTION COMPANY<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA  15222 | CONTACT: ROBERT MCNALLY, PRESIDENT & CEO<br>PHONE: 412-553-5700 | TRADE DEBT | | | | $57,516.88 |
| 10  MITCHIE PAUL COLEMAN<br>MARSHA COLEMAN<br>5159 EAST SHELBIANA ROAD<br>PIKEVILLE, KY  41501 | | ROYALTIES | | | | $57,307.28 |
| 11  BIG SANDY COMPANY LP<br>513 N MAYO TRAIL #B<br>PIKEVILLE, KY  41501 | PHONE: 606-437-9600 | ROYALTIES | | | | $42,322.93 |
| 12  TIMOTHY JOSEPH THACKER<br>STEPHANIE LYNN THACKER<br>183 RIGHT FORK RED CREEK RD.<br>PIKEVILLE, KY  41501 | | ROYALTIES | | | | $39,146.55 |
| 13  TERRELL COLEMAN MARITAL TRUST<br>WEALTHSOUTH<br>175 EAST MAIN STREET SUITE 300<br>LEXINGTON, KY  40507 | | ROYALTIES | | | | $34,667.13 |
| 14  MOSES AND SINGER LLP<br>405 LEXINGTON AVENUE<br>NEW YORK, NY  10017 | CONTACT: JAMES ALTERBAUM ESQ, PARTNER<br>PHONE: 212-554-7800<br>FAX: 212-554-7700 | TRADE DEBT | | | | $34,515.95 |
| 15  COLEMAN FAMILY IRREVOCABLE TRUST<br>P.O. BOX 2009<br>PIKEVILLE, KY  41502 | | ROYALTIES | | | | $30,000.00 |
| 16  HILLTOP ENERGY (MOORE)/HAMILTON/RIC<br>MOORE HAMILTON AND RICE DISP 4<br>2112 NORTH ROAN STREET STE 610<br>JOHNSON CITY, TN  37601 | CONTACT: DAVE ONDREJKO<br>PHONE: 330-424-1401<br>FAX: 330-424-4031 | ROYALTIES | | | | $27,822.04 |
| 17  MADONNA CHANEY<br>625 RED CREEK ROAD<br>PIKEVILLE, KY  41501 | | ROYALTIES | | | | $24,671.35 |
| 18  C DUDLEY CHILDERS<br>103 RIPPLING BROOK CT<br>ELIZABETHTOWN, KY  42701 | | ROYALTIES | | | | 23141.09 |
| 19  TERRY SUE ALLEN<br>206 LAWRENCE ST<br>BRANDENBURG, KY  40108 | | ROYALTIES | | | | 23141.09 |
| 20  PAUL G WATTS<br>106 WALKER RD<br>MULDRAUGH, KY  40155 | | ROYALTIES | | | | 23091.09 |

**Fill in this information to identify the case:**

Debtor name  Cambrian Coal LLC

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 16, 2019    **X** /s/ J. Mark Campbell
Signature of individual signing on behalf of debtor

J. Mark Campbell
Printed name

President
Position or relationship to debtor